UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
UNITED STATES OF AMERICA,                   )
                                            )
                                            )
v.                                          )     Criminal No. 08-40026-FDS
                                            )
                                            )
LOUIS J. PELLEGRINE,                        )
                                            )
            Defendant.                      )
_____)

## MOTION TO CONTINUE DATE OF SENTENCING HEARING
**(assented to)**

Defendant Louis J. Pellegrine hereby respectfully requests this Court continue the date of the sentencing hearing in this matter, currently scheduled for February 14, 2011, to a date convenient to the Court on or after March 18, 2010, for the following reasons: the Defendant lives in Florida, and has not yet been able to participate in a pretrial investigation interview and will not be able to participate in the interview in time for Probation to timely complete a first draft of its Presentence Report with the current sentencing date.  The Defendant has not yet done the interview due to a cancellation and scheduling issues stemming from counsel's trial schedule and from a previously scheduled minor surgery which Mr. Pellegrine has recently undergone. The Defendant seeks the continuance of the sentencing hearing date for the purpose of extending the deadlines associated with it, so that he can participate in a Presentence interview in January of 2011.   Undersigned counsel has consulted with Lori Holik for the government; the government has no objection to this request.

Respectfully submitted,
**LOUIS J. PELLEGRINE**,

By his attorney,

/s/ Ian Gold  _____
Ian Gold (BBO# 665948)
Federal Defender's Office
51 Sleeper Street, 5th FL
Boston, Massachusetts 02210
(617) 223-8061 (phone)
(617) 223-8080 (fax)

Date:  December 20, 2010

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on December 20, 2010.

/s/ Ian Gold
Ian Gold